Edwin C. NEVILLE, M.D., and James J. Osborne, Appellants,

v.

The PENNSYLVANIA PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION, The Medical Professional Liability Catastrophe Loss Fund, now by merger, The Medical Care Availability and Reduction of Error Fund, Appellees.

Supreme Court of Pennsylvania.

July 18, 2006.

## ORDER

PER CURIAM.

AND NOW, this 18th day of July, 2006, the Order of the Commonwealth Court is AFFIRMED.

John DOE, Representing All Persons Subject to PA Megan's Law II; also Joseph Gensemer, Melvin Schwartz, Darren Taylor, on Behalf of Themselves and all Similarly Situated PA Inmates and Those Released Subject to Megan's Law Provisions, Appellants,

v.

Jeffrey B. MILLER, Commissioner, Pennsylvania State Police, Appellee.

Supreme Court of Pennsylvania.

July 18, 2006.

## ORDER

PER CURIAM.

AND NOW, this 18th day of July, 2006, the Order of the Commonwealth Court is hereby AFFIRMED.